PROB 12B
(7/93)

# United States District Court

for

### District of New Jersey

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Daniel Guarino                                       Cr.:05-455-001

Name of Sentencing Judicial Officer: Honorable Joseph A. Greenaway

Date of Original Sentence: 01-26-07

Original Offense: Conspiracy to Transport Stolen Prescription Drugs (18 U.S.C. § 371)

Original Sentence: 24 months custody and two years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 12-20-08

### PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows.

### CAUSE

Daniel Guarino was ordered to pay $458,611 in restitution (jointly and severally with his codefendants). There was no monthly payment schedule set by the Court. After an assessment of the offender's finances, it appears he is only capable of paying a minimum of $25 per month towards the restitution amount. The offender is 85 years old and in poor health. He has no income with the exception of Social Security, which is limited and used primarily to pay household expenses. We are respectively requesting the monthly installment amount be set at $25.

Respectfully submitted,

By: Kevin M. Villa
U.S. Probation Officer
Date: February 26, 2009

THE COURT ORDERS:
[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

March 6, 2009
Date